**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES K. DURKIN and ERIKA L. DURKIN | * * | |
| Plaintiffs | * * | |
| V. | * * | |
| | * | NO: 4:15CV00165 SWW |
| ANDY SHOCK, in his official capacity; ET AL. | * * * | |
| Defendants | * * | |

## ORDER of DISMISSAL

On March 20, 2015, Plaintiffs James K. Durkin and Erika L. Durkin, proceeding *pro se*, commenced this lawsuit under 42 U.S.C. § 1983, against Faulkner County, Arkansas. By order entered March 31, 2016, the Court noted that Defendants had not made an appearance and that the record did not reflect that Plaintiffs had served Defendants with a summons and complaint within the time limit set forth under Rule 4(m) of the Federal Rules of Civil Procedure. The Court ordered that Plaintiffs had fourteen days to either serve Defendants or show good cause for failure to effect timely service. As of the entry date of this order, Plaintiffs have neither complied with nor responded to the Court's order entered March 31, 2016.

IT IS THEREFORE ordered that this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 14th DAY OF OCTOBER, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE